# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. DAUBERT,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF LINDSAY,<br><br>  Defendant. | **1:10-cv-00016 GSA**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CERTAIN CLAIMS** |

1. Whereas, on September 1, 2010, the parties met for a settlement conference before Hon. Sandra M. Snyder, United States Magistrate Judge; and

2. Whereas, at that proceeding, Plaintiff, Timothy S. Daubert, agreed on the record to dismisses the following portions of the complaint with prejudice as follows:

   a. Paragraph 15 of the Complaint, referred to as Claim 14, which states, "When there is a basketball game at Mcdermont Field House there is no seating for the Plaintiff.  This is in violation of Federal Regulations 4.33.4."

   b. Paragraph 17 of the Complaint, referred to as Claims 16 and 17, which states, "There is no egress exit for the Plaintiff on the third and fourth floor at McDermont Field House.  The Plaintiff has no way to escape in case of emergency.  There is no signage telling Plaintiff what to do in case of emergency."

c. Paragraph 18 of the Complaint, referred to as Claim 18, which states, "The Emergency exit on the north end of McDermont Field House is in violation.  The landing on the ramp outside is 31 inches wide this is in violation of Federal Regulations 4.8.4."

d. Paragraph 22 of the Complaint, referred to as Claim 22, which states, "The Hippo Slide inside McDermont Field House is not handicap accessible it was bought in October 2009 this is in violation of Section 1232 of the Americans With Disability Act."

IT IS SO STIPULATED.

Dated:   9/13/2010                                   By: /S/   Timothy S. Daubert
                                                                     Timothy S. Daubert, in pro per

Dated:   9/15/2010                                   By: /S/   Michael J. Maurer
                                                                     Michael J. Maurer
                                                                     Attorney for City of Lindsay

(Original signatures maintained by attorney Michael J. Maurer)

**ORDER**

Upon a reivew of this pleading, the Court adopts the stipulation.  Pursuant to the parties' agreement, the claims outlined above are dismissed from this action with prejudice.

IT IS SO ORDERED.

**Dated:   September 26, 2010**                  /s/ **Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE