IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY S. DAUBERT, | ) | 1:10-cv-16 GSA |
| Plaintiff, | ) | |
| | ) | ORDER DIRECTING CLERK TO CLOSE THIS CASE |
| vs. | ) | |
| CITY OF LINDSAY , | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of dismissal filed on October 17, 2011 by both parties, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 19, 2011         /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

1